**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **RICHARD MITCHELL,** | **)** | |
| | **)** | |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | |
| | **)** | Case No. 4:23-CV-00138-GAF |
| **THE DIEZ GROUP, LLC** | **)** | |
| **d/b/a DIEZ GROUP,** | **)** | Hon. Gary A. Fenner |
| | **)** | |
| and | **)** | |
| | **)** | |
| **THE DIEZ GROUP KANSAS CITY,** | **)** | |
| **LLC d/b/a DELACO STEEL KANSAS** | **)** | |
| **CITY,** | **)** | |
| | **)** | |
| Defendants. | **)** | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants The Diez Group, LLC and The Diez Group Kansas City, LLC respectfully move the Court, pursuant to Fed. R. Civ. P. 56, for an order granting summary judgment in their favor on Plaintiff Richard Mitchell's claims. In support of this Motion, Defendants refer to the attached Suggestions and exhibits.

Respectfully submitted,

Dated: January 15, 2024

By: */s/ Robert J. Finkel*
Robert J. Finkel (*admitted pro hac)*
KIENBAUM HARDY
VIVIANO PELTON & FORREST, P.L.C.
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI 48009
(248) 645-0000 (main)
(248) 458-4581 (fax)
rfinkel@khvpf.com

Matthew J. Westering (MO Bar No. 61134)
SEYFERTH BLUMENTHAL & HARRIS LLC
4801 Main St., Ste. 310
Kansas City, MO 64112
(816) 756-0700 Telephone
(816) 756-3700 Facsimile
matt@sbhlaw.com

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2024, the foregoing was served via the Court's CM/ECF system, which sent electronic notice of the filing to all counsel of record.

/s/ Robert J. Finkel
Robert J. Finkel