# Exhibit A

```
1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE WESTERN DISTRICT OF MISSOURI

3                      WESTERN DIVISION

4

5    RICHARD MITCHELL,

6                      Plaintiff,

7    vs.                              No. 4:23-cv-00138-GAF

8    THE DIEZ GROUP, LLC d/b/a DIEZ

9    GROUP, et al.,

10                     Defendants.

11

12

13

14              REMOTE DEPOSITION OF RYAN A. VESTAL, a

15   Witness, taken on behalf of the Plaintiff before

16   Nissa M. Sharp, CSR No. 1365, CCR No. 528, pursuant

17   to Notice on the 13th of December, 2023, with all

18   parties, including the witness, appearing via mobile

19   videoconference.

20

21

22

23

24

25
```

Case 4:23-cv-00138-GAF  Document 39-3  Filed 00/15/24  Page 2 of 24

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                       December 13, 2023

Page 2

1                        APPEARANCES

2

3    APPEARING FOR THE PLAINTIFF VIA MOBILE
     VIDEOCONFERENCE:
4
             Ms. M. Katherine Paulus
5            Cornerstone Law Firm
             5821 Northwest 72nd Street
6            Kansas City, Missouri  64151
             (816) 581-4040
7            m.paulus@cornerstonefirm.com

8

9    APPEARING FOR THE DEFENDANTS VIA MOBILE
     VIDEOCONFERENCE:
10
             Mr. Robert J. Finkel
11           Finkel Whitefield Feldman
             32300 Northweestern Highway
12           Suite 200
             Farmington Hills, Michigan  48334
13           (248) 855-6500
             rfinkel@fwf-law.com
14

15   ALSO PRESENT:

16           Mark Roseman, The Diez Group HR

17

18

19

20

21

22

23

24

25

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                            December 13, 2023

Page 6

1   day brings.

2          Q.      Mr. Vestal, who do you report to at

3   The Diez Group?

4          A.      I report to Joe Jezioro, he's my boss.

5   Plant manager.

6          Q.      And where physically within Kansas

7   City is The Diez Group located?

8          A.      It's off of -- it's down just north

9   of -- it's just down in North Kansas City right off

10  400 Atlantic Street.

11         Q.      Could you give me a high level summary

12  of what The Diez Group does?

13         A.      Basically we make all -- we have two

14  blanking presses here.  We blank inner fenders, inner

15  doors for Ford Motor Company.

16                 So a blanking press entails several

17  pieces of equipment together that runs as one, and we

18  drop parts on a pallet and those pallets go over to

19  Ford Motor Company and then they stamp them into what

20  they want, inner doors, fenders.

21         Q.      And the parts that The Diez Group

22  creates or uses the blanking presses on, are those

23  sent to the Ford Motor Company plant location here in

24  Kansas City?

25         A.      Yes.

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                        December 13, 2023

                                                        Page 11

1          Q.      Split his shift so that he could do
2    training on days, I take that to mean that you had
3    him working some hours during the day shift for
4    purposes of training, and then continuing to work
5    into what would typically be night shift hours; is
6    that correct?
7          A.      Yes.
8          Q.      What kind of training -- well, let me
9    back up.
10                 What position did Richard Mitchell
11   hold with The Diez Group?
12         A.      He was a maintenance tech for night
13   shift.
14         Q.      And what kind of training do
15   maintenance techs receive after they're hired?
16         A.      Well, it depends on their knowledge,
17   on what they know and what they don't know.  I don't
18   have an issue training people.
19         Q.      What do you recall about
20   Mr. Mitchell's knowledge?
21         A.      His knowledge wasn't very extensive.
22   His résumé said otherwise.
23         Q.      And what leads you to say his
24   knowledge wasn't very extensive?  Can you explain why
25   you said that?

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                        December 13, 2023

                                                            Page 12

 1          A.      Because it said, on his résumé, it

 2    said he had quite a few of -- he had electrical

 3    knowledge and I didn't see any electrical knowledge

 4    at all, and I actually -- we worked with him and

 5    tried to train Richard on how to run conduit and he

 6    still couldn't get it.

 7          Q.      And, I apologize, you are dealing with

 8    someone who has almost zero technical knowledge or

 9    experience, I understand that conduit has something

10    to do with electrical work.  But could you give me

11    just a little bit more of an explanation of what

12    running conduit means?

13          A.      Well, basically when you run conduit,

14    you're running a circuit which has three wires in it.

15    Those wires are color coded.  This is a basic

16    maintenance department knowledge for anyone that's

17    ran -- I mean, anybody that's been in the maintenance

18    department.  And by Richard's résumé, by what I saw

19    on here, he should know how to run conduit.

20               But I was working with him, showing

21    him how to run conduit.

22          Q.      A couple times you've referred to "we"

23    when you were discussing training.  Is there anyone

24    other than yourself who would provide training to

25    Mr. Mitchell?

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                      December 13, 2023

Page 13

1          A.      Yes.  Yes, I had a maintenance

2   supervisor at the time, Matt Barker.

3          Q.      What were Matt's job duties as the

4   supervisor?

5          A.      Basically to oversee the techs to make

6   sure they're doing their job in the most efficient

7   way.

8          Q.      Do you recall at the time that

9   Mr. Mitchell was working for The Diez Group, do you

10  recall the names of your other maintenance

11  technicians at that time?

12         A.      Yes.

13         Q.      What were their names?

14         A.      Mitch Gruis, Michael Doureing, and of

15  course Matt Barker.

16         Q.      How long had Mitch Gruis worked for

17  the company at the time Mr. Mitchell was there?

18         A.      I'd have to look it up, I don't recall

19  at that time.  I don't recall.

20         Q.      What about Michael Doureing?  Do you

21  recall about how long he had worked for the company

22  at the time?

23         A.      I don't recall that either, I'd have

24  to look it up, ma'am.

25         Q.      Same question for Matt Barker.

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                      December 13, 2023

Page 15

1          Q.      And so I appreciate what you mean that

2     you're on-call, but I guess my question's a little

3     different.  Do you typically schedule yourself to be

4     physically working at the facility during the night

5     shift?

6          A.      No.

7          Q.      Mr. Vestal, when Mr. Mitchell began

8     working for The Diez Group, other than kind of the

9     areas of knowledge that you've referenced with the

10    conduit, were there any other areas of knowledge that

11    you felt Mr. Mitchell was lacking in or that he

12    needed --

13         A.      Yeah.

14         Q.      Okay.  Can you tell me what those

15    were?

16         A.      There was actually lack of knowledge

17    of mechanical, technical, electrical of course.  I

18    mean, I didn't see any knowledge in anything that

19    even remotely reflected his résumé.

20         Q.      Do you recall what his job experience

21    was?  Because you've referenced his résumé a couple

22    times, do you remember what it was on his résumé

23    that, what positions, that made you think he would

24    have different knowledge than what you observed?

25         A.      Well, he worked for General Electric

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                        December 13, 2023

Page 16

 1    Aviation and then he also worked for Toyota Logistics

 2    Service.  He also was a quality engineer at Kaizen.

 3    Also, he was a production and rail supervisor in 2000

 4    to 2006.  He was also in the US Army and the Coast

 5    Guard, aviation machinist mate.  What else?  He also

 6    has a Bachelor's degree in science and associated

 7    science.

 8              These are the things that were on his

 9    résumé.  I think he actually went to Purdue, that's

10    what it says.

11         Q.    So I want to go back to I think the

12    first example you gave me, kind of an area of

13    knowledge that you believed to be lacking for

14    Mr. Mitchell was mechanical knowledge.  And can you

15    explain or give me an example of what led you to

16    believe that?

17         A.    Anything that I asked Richard to

18    repair or do, he struggled with.  Usually it entailed

19    Richard standing there watching somebody do it, and

20    this happened time after time.  So it's just any job

21    that I gave Richard to do, it was like he couldn't

22    complete it, so.

23         Q.    Could you give me an example of, kind

24    of, a mechanical repair that you recall him

25    struggling with?

```
 1              A.     I think the first week, the first week
 2    we had a bolster table that we had to rerun air lines
 3    on and I put Richard on it, it was a real easy task.
 4    And I ended up finishing the air lines myself as
 5    Richard watched me, so I showed him how to do it.
 6    And this was a continuous process with Richard.
 7              Q.     How long did you have Mr. Mitchell
 8    splitting shifts for purposes of training?
 9              A.     For 3 weeks.  Three weeks.
10              Q.     After those 3 weeks, did he transition
11    to solely working on the night shift?
12              A.     Yes, he did.  Yes, he did.
13              Q.     How many maintenance technicians were
14    typically scheduled to work the night shift at any
15    one time?
16              A.     Two.
17              Q.     And if you weren't physically present
18    during the night shift, who were maintenance
19    technicians supposed to go to with any issues?
20              A.     Mainly Michael Doureing.  Michael
21    Doureing is a -- he's a qualified technician.  He was
22    one of my more qualified guys on night shift.
23              Q.     Other than the 3 weeks of split shift,
24    I guess what I would describe, you know, hands-on
25    training, do you know what other kind of training
```

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                        December 13, 2023

Page 24

1                    Do you recall attending a meeting with

2     Mr. Mitchell, Matt Hunt and Sharon Melvin?

3         A.     Yes.

4         Q.     And the first in the section next to

5     your name states, "Performance is not where it needs

6     to be at this time for Delaco.  Not working nights,

7     per his offer letter that he signed.  At witts end,

8     put are words in my mouth, not happy with

9     performance."

10                    Did I read that correctly?

11        A.     Yes, ma'am.

12        Q.     And do you recall discussing those

13    topics during this meeting?

14        A.     Yes, I do.

15        Q.     And do you recall why you said

16    something about put words in your mouth?  Do you know

17    what that refers to?

18        A.     Because basically Richard would miss

19    time and then the next day he would say you said this

20    and you said that, when nothing like that was said.

21    There was several times that Richard called in and

22    didn't call in, and then he would say remember you

23    told me this, you don't remember that, you don't

24    remember telling me this, when I know that nothing

25    like that was said.

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                          December 13, 2023

Page 25

 1                    Like going to nights, he said or

 2    staying on nights, he's like remember you told me I

 3    could stay on nights, and I never once said he could

 4    ever stay on nights -- or stay on days, I mean, that

 5    11 to 3:00 shift is what I mean.  Or 11 to 9:30,

 6    sorry, 11 to 9:30 shift.

 7            Q.    And do you recall whose idea it was to

 8    schedule this meeting?

 9            A.    I think it was Matt Hunt's.  I relayed

10    the information to Matt Hunt on what was going on

11    with Richard and Matt Hunt scheduled it and he ran

12    the meeting also.

13            Q.    What was Matt Hunt's title?

14            A.    He was plant manager.

15            Q.    Underneath that section that we just

16    looked at next to your name, that first section, the

17    next one next to Richard's name states, I made

18    arrangements so I'm working -- I can't read that

19    other part there -- but can work nights.  Me and

20    James fixed the back door.  He went to get parts.

21    Richard was calling to James.  Went to voicemail.

22                    Other than the part that I couldn't

23    read, did I read that correctly?

24            A.    Yes.

25            Q.    And do you recall what Richard was

MCR COURT REPORTING • LEGAL VIDEO    800.748.7561 · 913.312.8050
Case 4:23-cv-00138-GAF  Document 36-13  Filed 01/15/24  Page 12 of 24

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                        December 13, 2023

Page 26

1    referring to there about --

2              A.      I don't recall.

3              Q.      -- couldn't come back to work?  Okay.

4              A.      I don't recall.

5              Q.      The next section next to your name

6    states, "Why are you sending pictures to Sharon and

7    not me?  I am your boss not Sharon."

8                      Did I read that correctly?

9              A.      Yes.

10             Q.      And do you recall how that came about

11   or what you were referring to there?

12             A.      Well, Richard was reporting to HR and

13   not reporting to his -- to me, which I'm considered

14   his boss.  He would call in to Sharon and then I

15   wouldn't find out till Sharon would notify me that

16   Richard was not coming in.  So he would send pictures

17   of work he did at night to Sharon, just different

18   things like that.  He never reported to me anything.

19   He never sent me photos of anything.  He mainly spoke

20   to Sharon 90 percent of the time.

21             Q.      And it looks like if we go to that

22   next section next to Richard's name, "I wanted to let

23   her know what I was doing."

24                     Did I read that correctly?

25             A.      Yep.

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                        December 13, 2023

Page 29

1          A.      Yes, ma'am.

2          Q.      And is this an example of what you

3    just referenced about documenting a performance issue

4    by email to Sharon?

5          A.      Yes.

6          Q.      And here in the text of the email,

7    you're referencing night of April 18, 2022, that he

8    was instructed to run conduit, and I take it from

9    reading this email that you were not satisfied with

10   the conduit that Richard ran after his shift; is that

11   correct?

12         A.      No.  I was not.

13         Q.      And what was the issue with the

14   conduit?  Was it the amount?  Or the quality of the

15   work?  What was it?

16         A.      The lack of completing anything.  Two

17   10-foot of straight sticks should take maybe only 20,

18   30 minutes, not a 8-hour shift or a 10-hour shift.

19         Q.      There's also a reference in this email

20   to a G man lift.  What is that?

21         A.      It's a Genie lift.  It's an

22   articulating lift.

23         Q.      Was that another piece of equipment

24   that The Diez Group provided training to employees to

25   certify them to use?

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                        December 13, 2023

Page 30

1         A.      Yes.

2         Q.      And to your knowledge -- or let me ask

3    it this way.  To your recollection, was this the only

4    performance issue that you recall documenting for

5    Richard Mitchell by --

6         A.      Yes.

7         Q.      -- email to Sharon Melvin?

8         A.      Yes.

9         Q.      I'll stop sharing my screen.

10                MR. FINKEL:  Clarification, counsel,

11   are you introducing that as an exhibit?

12                MS. PAULUS:  I did.  I introduced it

13   as Plaintiffs Exhibit 2.

14                MR. FINKEL:  I don't think you

15   introduced the 4/19 notes.  Is that your intention to

16   introduce as that Exhibit 1?

17                MS. PAULUS:  Yes.  I believe that I

18   did.

19                MR. FINKEL:  I don't believe so, but

20   that's fine.

21   BY MS. PAULUS:

22        Q.      Mr. Vestal, in the email that we had

23   just looked at, there was a reference to Richard

24   Mitchell sending you a text message; is that correct?

25        A.      Yes.  Richard had sent me text

RICHARD MITCHELL vs         DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.      December 13, 2023

Page 31

1  messages in the past.  Yeah.

2  　　　Q.　　What kind of text messages do you

3  recall Richard Mitchell sending you?

4  　　　A.　　I don't recall right offhand.  It was

5  work related.

6  　　　Q.　　And, at some point, Mr. Mitchell

7  reported that he had become injured on the job; is

8  that correct?

9  　　　A.　　I believe so.  He never reported that

10  to me.

11  　　　Q.　　What was the procedure that employees

12  were supposed to follow for reporting workplace

13  injuries At the Diez Group?

14  　　　A.　　Well, they would have actually got the

15  production supervisor or actually text my cell phone.

16  I tell my guys if they need anything, they can

17  contact me at any time.  But there was nothing

18  reported.

19  　　　Q.　　I just want to break that down.  So

20  you said one part of that procedure would have been

21  to report it to did you say the production

22  supervisor?

23  　　　A.　　Yes.  Or myself through my cell phone.

24  　　　Q.　　And why would employees report

25  injuries to the production supervisor?

11880 College Blvd., Suite 405
Overland Park, KS 66210

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                    December 13, 2023

Page 33

1          A.      That's correct.

2          Q.      In your time at Diez Group, have you

3     had any maintenance technicians report to you who

4     have reported workplace injuries other than Richard

5     Mitchell?

6          A.      Nope.

7          Q.      And so how did you become aware of

8     Mr. Mitchell's reporting of a workplace injury?

9          A.      Through HR.

10         Q.      And was that a conversation that you

11    had with Sharon Melvin?

12         A.      Yes.

13         Q.      Was that an in-person conversation?

14         A.      I believe that was over the phone.

15    And in person I believe, actually, both.

16         Q.      And what do you recall Ms. Melvin

17    telling you about Mr. Mitchell's injury?

18         A.      That Richard had hurt his back pulling

19    on paper and that he was going to the clinic.

20         Q.      What does "pulling on paper" mean?

21         A.      They have to cut the paper off the

22    coils.  They just unwrap it.

23         Q.      Do you recall if Ms. Melvin indicated

24    in her conversation with you when Richard Mitchell

25    had suffered this injury?

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                    December 13, 2023

Page 34

1          A.      I really didn't get an exact date on

2     when Richard got hurt.  I heard several different

3     dates.

4          Q.      And who did you hear several different

5     dates from?

6          A.      I heard that from Sharon actually,

7     that he didn't know exactly when he hurt himself.

8          Q.      I just want to understand, was that

9     something that Sharon told you during that initial

10    conversation when she informed you that he had

11    reported an injury and that he was going to the

12    clinic?  Or did that occur in a later conversation?

13         A.      In a later conversation.  I was

14    actually trying to fill out an accident report, but

15    we didn't have an exact date when Richard got hurt.

16    He couldn't give us the date.

17         Q.      Did you ever have a conversation with

18    Mr. Mitchell about his workplace injury?

19         A.      After that, I never saw Richard.

20         Q.      So just going back to the timeline,

21    you recall Ms. Melvin having a conversation with you

22    to inform you that Richard Mitchell had reported a

23    workplace injury, that he was going to the clinic.

24              Do you recall anything else that she

25    said during that initial conversation?

RICHARD MITCHELL vs                DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                  December 13, 2023

Page 35

1          A.      I don't recall anything.

2          Q.      What's the next communication you

3    recall having with Ms. Melvin about Richard

4    Mitchell's workplace injury?

5          A.      I don't recall.  I don't think we

6    discussed it after that.

7          Q.      Did Ms. Melvin let you know that he

8    was going to be off for a period of time?  Or did she

9    give you --

10         A.      Yes.

11         Q.      -- kind of an update of when he would

12   work?

13         A.      He was on light duty of course, she

14   told me that, yeah.  Not light duty, but he was on

15   restrictions.

16         Q.      Do you recall, did she, did

17   Ms. Melvin, give you an indication of how long those

18   light-duty restrictions were expected to apply?

19         A.      No.

20         Q.      And did The Diez Group have light duty

21   work available at that time?

22         A.      No.  Operating the crane would have

23   been the lightest duty we have.

24         Q.      And since you've worked for The Diez

25   Group, do you recall any time that the company has

RICHARD MITCHELL vs              DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.        December 13, 2023

Page 38

1         Q.     To your knowledge, who made that

2 decision to terminate his employment?

3         A.     That would be Matt Hunt, the acting

4 supervisor or acting plant manager at the time.

5         Q.     And do you recall how you became aware

6 of the decision to terminate Richard Mitchell's

7 employment?

8         A.     Someone had informed me that they

9 terminated him.

10        Q.     And do you recall who that someone

11 was?

12        A.     I do not recall exactly who that was.

13        Q.     And what was your understanding of the

14 reason why Mr. Mitchell's employment was terminated?

15        A.     I would say it was probably because of

16 the job performance, but, I mean, it wasn't my doing,

17 so.

18        MS. PAULUS:  Mr. Vestal, I think I'm

19 almost finished.  I'm just going to take a quick

20 break just to go through my notes, but I don't

21 anticipate having a whole lot more for you.

22        So let's just take 5 minutes and come

23 back and I'll finish up anything that I have left.

24 Okay?

25        THE WITNESS:  All right.

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                         December 13, 2023

Page 46

1            A.      Yes, he did.

2            Q.      Can you explain what happened there?

3            A.      We decided to go ahead and give

4    Richard a maintenance test.

5            Q.      When did you do that?

6            A.      It would be after the 27th of April is

7    when we decided to give him a maintenance test.

8            Q.      Why did you decide to give him a

9    maintenance test?

10           A.      Because his performance just wasn't

11   where it needed to be.

12           Q.      What was the result of the maintenance

13   test?  Did he pass it?

14           A.      No.  He failed miserably.  He scored a

15   45 percent on it.  No, 43.

16           Q.      All right.  Did you have any

17   discussion with anybody regarding Mr. Mitchell's

18   termination?

19           A.      I mean, I think we talked about it up

20   here, but, I mean, I --

21           Q.      Who's "we"?  And who are you talking

22   about?

23           A.      I think Sharon Melvin --

24           Q.      Okay.  All right.

25           A.      -- and I discussed it privately.

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.            December 13, 2023

Page 47

 1        Q.      Did you ever make any recommendation
 2   or no recommendation or have any --
 3        A.      I did have a recommendation that --
 4        Q.      Let me finish the question --
 5   recommendation regarding his termination?
 6        A.      Yes.  Yes, I did.
 7        Q.      Okay.  And tell me what your
 8   recommendation was.
 9        A.      My recommendation was to let him go.
10        Q.      Okay.  And when was that
11   recommendation made?
12        A.      Prior to Richard's getting injured.
13        Q.      Okay.  And to whom did you make that
14   recommendation?
15        A.      The plant manager.
16        Q.      Mr. Hunt?
17        A.      Yes.
18        Q.      Okay.  In Mr. Mitchell's deposition,
19   on Page 29 of his deposition, I asked a question of
20   Mr. Mitchell about training and he was talking about,
21   and let me quote on Page 29, did you have any -- well
22   let's see.  A conversation with Matt Barker, the guy
23   you're talking about Matt Barker, yeah, okay.
24               And then Mr. Mitchell answered:  He
25   came to me, he gave me a letter that was written by I

11880 College Blvd., Suite 405
Overland Park, KS 66210

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                         December 13, 2023

Page 48

1    guess I don't know it was written by him because the

2    signature line was with his name on it.

3              And question yeah.  And then answer

4    Mr. Mitchell:  They told me I needed to run a conduit

5    all through the building within 8 hours and I was

6    telling them I said why are you asking or why are you

7    all asking me to do it when you all have people

8    that's trained that's actually here.  There's here

9    pipe benders that can do the job.  His words was to

10   me, man, I mean, Ryan told me to tell you to do this.

11   And I said I don't do pipe bending, I said, but I

12   could do electrical like doing the wires.  So they

13   still put it on me to do it so I did my best.

14             Did you ever tell Matt Bender to do

15   that?

16        A.    To do -- you mean as far as give him

17   direction?

18        Q.    No, to the people that's trained for

19   the pipe benders to do the job on the conduit.

20        A.    No.  No.  I actually sent Matt out

21   there to help him and several people helped him.

22        Q.    All right.  I don't remember if this

23   was asked or answered, but did you ever email or text

24   Mr. Mitchell on your cell phone?

25        A.    Yes.

RICHARD MITCHELL vs                    DEPOSITION OF RYAN A. VESTAL
THE DIEZ GROUP, LLC, et al.                      December 13, 2023

Page 49

1          Q.      Okay.  And then approximately how many

2     times have you done that?

3          A.      Oh, quite a few times.  Probably more

4     than I count on both hands.

5          Q.      So is it more than 10?

6          A.      Yeah.  I would say more than 10.

7          Q.      Okay.  Was it more than 20?

8          A.      No.

9          Q.      Okay.  Okay, fine.

10          A.      Because Richard got to where he would

11     not communicate.

12          Q.      Okay.  On direct exam you said that

13     the foreman's office is in the center of the plant;

14     is that correct?

15          A.      Yes.

16          Q.      Okay.  And you said that's where the

17     production managers are?

18          A.      Yes.

19          Q.      Their offices?

20          A.      Yes.

21          Q.      Are the maintenance managers' offices

22     there also?

23          A.      Yes.

24          Q.      Okay.

25                  MR. FINKEL:  Nothing further.

Case 4:23-CV-00138-GAF  Document 56-1  Filed 03/15/24  Page 24 of 24