IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RICHARD MITCHELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-CV-00138-GAF |
| THE DIEZ GROUP, LLC d/b/a DIEZ GROUP, et al., | ) |
| Defendants. | ) |

**PLAINTIFF'S DEPOSITION DESIGNATIONS**

Plaintiff Richard Mitchell ("Plaintiff") designates the following deposition testimony for use at trial:

Deposition of Ryan Vestal (December 13, 2023)

1. 4:10-5:2
2. 10:14-25
3. 11:19-12:6
4. 14:11-18
5. 15:1-6
6. 15:20-16:10
7. 17:7-9
8. 21:3-7
9. 27:21-28:2
10. 31:11-32:22
11. 35:7-19
12. 35:20-36:3

13. 36:18-37:6

14. 37:20-38:17

15. 43:15-18

16. 44:4-23

17. 45:7-22

18. 50:5-51:2

19. 52:10-18

Deposition of Sharon Melvin (December 13, 2023)

1. 5:14-6:2

2. 7:12-18

3. 11:1-22

4. 15:2-22

5. 21:10-22:3

6. 23:21-25:7-23

7. 26:3-17

8. 27:5-28:2

9. 28:3-25

10. 29:1-11

11. 30:12-32:4

12. 33:8-21

13. 34:6-35:15

14. 37:2-39:8

15. 41:3-43:12

16. 44:6-46:6

17. 46:7-17

18. 50:16-51:4

19. 57:13-58:2

        Respectfully submitted,

        By: /s/M. Katherine Paulus
        M. Katherine Paulus, MO 60217
        Drew M. Russell, MO 75746
        CORNERSTONE LAW FIRM
        5821 NW 72nd Street
        Kansas City, Missouri 64151
        (816) 581-4040 Telephone
        (816) 741-8889 Facsimile
        m.paulus@cornerstonefirm.com
        d.russell@cornerstonefirm.com

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024, the foregoing was filed electronically using the court's electronic filing system which will send notice to all counsel of record in this case.

        /s/ *M. Katherine Paulus*
        COUNSEL FOR PLAINTIFF