IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RICHARD MITCHELL, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>THE DIEZ GROUP, LLC )<br>d/b/a DIEZ GROUP and )<br>THE DIEZ GROUP KANSAS CITY, )<br>LLC d/b/a DELACO STEEL KANSAS )<br>CITY, )<br>)<br>      Defendants. ) | Case No. 23-00138-CV-W-GAF |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's termination was justified with legitimate, non-discriminatory reasons that occurred prior to his injury. He had performance and attendance issues while on the 90-day probationary work period. Defendants accommodated Plaintiff's work limitations by placing him on leave of absence. For these reasons and the reasons discussed above, Defendants' Motion for Summary Judgment on Counts I, II, III, IV, V and VII is GRANTED.

Dated:     May 7, 2024         PAIGE WYMORE-WYNN
                                              Clerk of Court

Entered:    May 7, 2024         /s/ Lisa Mitchell
                                              (By) Deputy Clerk