# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

| | | |
|---|---|---|
| Mitchell | ) | |
| | ) | |
| v. | ) | Case No.: 23-00138-CV-W-GAF |
| The Diez Group LLC et al. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  05/07/2024  against  Plaintiff ,
                                                                *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ |
| Fees for service of summons and subpoena ............................................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,048.00 |
| Fees and disbursements for printing .................................................... | |
| Fees for witnesses *(itemize on page two)* ................................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .................................................... | |
| Docket fees under 28 U.S.C. 1923 ...................................................... | |
| Costs as shown on Mandate of Court of Appeals .......................................... | |
| Compensation of court-appointed experts ................................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ........................................................... | |
| TOTAL $ | 1,048.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service     ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  Robert J. Finkel

Name of Attorney:  Robert J. Finkel

For:  The Diez Group LLC          Date:  05/08/2024
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*          *Deputy Clerk*          *Date*

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## Mitchell v. The Diez Group, LLC et al.,
## United States District Court, Western District of Missouri
## Case No. 23-00138-CV-W-GAF

**Attachment to Bill of Costs**

| Transcripts Used in Support of Motions | Costs |
|---|---|
| **Deposition of Richard Mitchell, dated 11/09/2023**, cited in support of Defendants' Motion for Summary Judgment as Exhibit C (*e.g.,* R. Doc. 36-1, Pages 8-15, R. Doc. 36-4.). | $668.50 |
| **Deposition of Ryan Vestal, dated 12/13/2023**, cited in support of Defendant's Motion for Summary Judgment (*e.g.,* R. Doc. 36-1, Pages 8-14, R. Doc. 36-2). | $183.00 |
| **Deposition of Sharon Melvin, dated 12/13/2023**, cited in support of Defendant's Motion for Summary Judgment (*e.g.,* R. Doc. 36-1, Pages 8, 10-14, R. Doc. 36-6). | $196.50 |
| **TOTAL** | **$1,048.00** |



# INVOICE

**Appino & Biggs Reporting Service, Inc.**
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION
785-273-3063          888-273-3063

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116503 | 11/30/2023 | 71125 |

| Job Date | Case No. |
|---|---|
| 11/9/2023 | 4:23-CV-00138-GAF |

| Case Name |
|---|
| RICHARD MITCHELL vs. THE DIEZ GROUP, LLC D/B/A DIEZ GROUP, ET AL. |

| Payment Terms |
|---|
| Due upon receipt |

ROBERT J. FINKEL
FINKEL WHITEFIELD FELDMAN
32300 NORTHWESTERN HIGHWAY
SUITE 200
FARMINGTON HILLS, MI 48334

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
  RICHARD A. MITCHELL                                                                 668.50

**TOTAL DUE  >>>                     $668.50**

Location of Job   : SEYFERTH, BLUMENTHAL & HARRIS
                    4801 MAIN STREET
                    SUITE 310
                    KANSAS CITY, MO 64112

Your invoices are now available to you on your exclusive and secure repository web page allowing 24/7 access to Transcripts, Exhibits, Calendars and Invoices, or to Schedule Local, National and Worldwide depositions.

**Tax ID:** 48-1211481

*Please detach bottom portion and return with payment.*

ROBERT J. FINKEL
FINKEL WHITEFIELD FELDMAN
32300 NORTHWESTERN HIGHWAY
SUITE 200
FARMINGTON HILLS, MI 48334

Job No.     : 71125           BU ID      : 1-MAIN
Case No.    : 4:23-CV-00138-GAF
Case Name   : RICHARD MITCHELL vs. THE DIEZ GROUP, LLC
              D/B/A DIEZ GROUP, ET AL.
Invoice No. : 116503          Invoice Date : 11/30/2023
**Total Due  : $668.50**

Remit To: **Appino & Biggs Reporting Service, Inc.**
           **5111 S.W. 21st Street**
           **Topeka, KS 66604**

| PAYMENT WITH CREDIT CARD | AMEX | MC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |



# METROPOLITAN COURT REPORTERS
COURT REPORTING + LEGAL VIDEO
11880 College Blvd. - Suite 405 - Overland Park, KS 66210
800.748.7511 - 913.317.8800 - metropolitanreporters.com

## INVOICE

Finkel Whitehead Feldman
ATTN: Robert J. Finkel
32300 Northwest Highway
Suite 200
Farmington Hills, MI 48334

**Invoice Number:** 225366
**Invoice Date:** 01/02/2024
**Job Number:** 118858

In Re: Richard Mitchell vs. The Diez Group, LLC, et al.
Case Number: 4:23-cv-00138-GAF
Witness(s): Ryan A. Vestal, Sharon Melvin
Attendance Date: 12/13/2023, 10:00 a.m.

### Description

| | |
|---|---:|
| Transcript - Ryan Vestal - Electronic Bundle | 183.00 |
| Exhibits - Scanned/Linked | 1.50 |
| Transcript - Sharon Melvin - Electronic Bundle | 196.50 |
| Exhibits - Scanned/Linked | 17.75 |
| **Invoice Total:** | **398.75** |

We Appreciate Your Business!
**To ensure proper credit, please include the invoice number on your remittance.**
Tax ID: 36-3600268

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 36-3600268

Ordered transcripts include a fully hyperlinked word index and archival of transcripts, invoices and exhibits. All invoices are payable upon receipt. Past-due accounts are subject to a late fee and accrue interest. No credit is extended to attorney's clients or other third parties. Payment is not contingent upon client or insurance carrier reimbursement. You are responsible for the payment of all invoiced charges. If it is necessary to take action for collection, you agree to pay all reasonable costs, including court costs, all added interest charges and attorney's fees.

*Please detach bottom portion and return with payment*

| Invoice Number: | 225366 |
|---|---|
| Invoice Date: | 01/02/2024 |
| Amount Due: | **$398.75** |
| Amount Enclosed: | $ |

**CREDIT CARDS ACCEPTED**
VISA / MasterCard / AmEx / DISCOVER

Cardholder's Name:
Card Number:
Exp. Date:           Phone:
Billing Address:
Zip:            Security Code:
Signature: